IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EARL D. PHIFFER,

    Petitioner,

v.

GREGORY GRAMS, Warden,
Columbia Correctional Institution,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-400-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Earl D. Phiffer for a writ of habeas corpus under 28 U.S.C. § 2254.

_____
Peter Oppeneer, Clerk of Court

2/16/11
Date